HERMAN LUKE et al., Appellants *v.* VICTOR POLSTEIN et al., Respondents, et al., Defendants.

Submitted April 9, 1945; decided April 19, 1945.

Motion to vacate order dismissing appeal under rule I of Rules of Court of Appeals for failure to file return after written

notice, granted on condition that appellants file the return and pay $10 costs within ten days; otherwise motion denied, with $10 costs.